## Commonwealth *v.* Lee, Appellant.

Submitted March 20, 1967. *Melvin Dildine* and *Albert H. Branson,* Assistant Defenders, and *Her-*

man *I. Pollock,* Defender, for appellant; *Nicholas Sellers* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.